JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL RAY HANLINE, | ) | Case No. EDCV 00-0530 VAP |
| | ) | |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE GALAZA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>August 24, 2011</u>

                                                       VIRGINIA A. PHILLIPS
                                                    United States District Judge